

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Charles Lee Levan, Jr.,                    * From the 29th District Court
                                             of Palo Pinto County,
                                             Trial Court No. 11,625.

Vs. No. 11-23-00286-CR                      * January 4, 2024

The State of Texas,                         * Memorandum Opinion by Bailey, C.J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.